AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 6:25-mj-51 |
| | ) | |
| MARCO ANTONIO TRAPALA-GOMEZ | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 22, 2025 in the county of Lane in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 | On January 22, 2025, defendant Marco Antonio Trapala-Gomez, an alien having been previously removed from the United States, was found in Lane County in the State and District of Oregon, without having obtained express consent for re-application for admission from either the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557). |

This criminal complaint is based on these facts:

The attached affidavit of Special Agent Kyle Gregory, HSI

☑ Continued on the attached sheet.

By phone pursuant to Fed. R. Crim. P. 4.1
*Complainant's signature*

Special Agent Kyle Gregory, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 8:11 a.m. a.m./p.m.

Date: March 6, 2025

*Andrew Hallman*
*Judge's signature*

City and state: Eugene, Oregon

Andrew D. Hallman, U.S. Magistrate Judge
*Printed name and title*